UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWYLLA TAUTAU,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, LOS ANGELES DISTRICT ATTORNEY'S OFFICE, PENTECOSTAL ASSEMBLIES OF THE WORLD,<br><br>    Defendants. | No.  2:19-cv-826-JAM-EFB PS<br><br>ORDER |

On September 9, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.[1]

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

/////

/////

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 9, 2020, are ADOPTED; and
2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the August 6, 2020 order (ECF No. 3).

DATED: September 28, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE